IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 4:20-cr-718-SAL |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SHACKEEL AARON COLEMAN, | ) |
|     a/k/a "Keel" | ) |
| KIMO TAKARRA FELTON, | ) |
| HARRY JAMES BELLAMY, II, | ) |
|     a/k/a "Little" | ) |
| STEVEN MICHAEL JEFFCOAT, | ) |
|     a/k/a "Cole" | ) |
| LENARD JUNIOR HEMINGWAY, | ) |
|     a/k/a "Malik" | ) |
| YANITZA ELISSE COLEMAN, | ) |
|     a/k/a "Yanitza Elisse Rosario" | ) |
| JASAMINE RAKEEM-BROWN | ) |
| MITCHELL, | ) |
|     a/k/a "Juice" | ) |
| BRADLEY NICHOLS ADAMS, | ) |
|     a/k/a "Bibby" | ) |
| TIMOTHY LEROY MCCRAY, JR., | ) |
|     a/k/a "Spook" | ) |
| BRANDON PRAWL, | ) |
|     a/k/a "Show" | ) |
| HENRY LEE BOYD, JR., | ) |
|     a/k/a "Boss" | ) |
| TIMOTHY WARREN LEE, JR., | ) |
|     a/k/a "Nugget" | ) |
| JACQUELINE ANNE STRICKLAND, | ) |
|     a/k/a "Miss Jackie" | ) |
| VENSON EDWARD STRICKLAND, | ) |
|     a/k/a "Big Boy" | ) |

1

| | |
|---|---|
| QUENTIN BARRELL SMITH,<br>    a/k/a "Stuntman"<br>JAMES RUDOLPH GRAHAM,<br>    a/k/a "Little James"<br>ALONZO LEE PIERCE, JR.,<br>    a/k/a "Lee"<br>GARY LEE JACKSON,<br>    a/k/a "Dukes"<br>ALTON ANTOINE BROWN,<br>JOSHUA MARKEES DARBY,<br>ERNEST SMALLS, JR.,<br>    a/k/a "Black"<br>TRAVIS PRESTON ROGERS,<br>    a/k/a "Trap"<br>KEVIN CEPHUS LINNEN,<br>CURTIS CORNELIUS MCARTHUR,<br>MARIO ANDRETTI WILLIAMS,<br>ROBERT HOOKER,<br>    a/k/a "Samson"<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER DISMISSING FORFEITURE ALLEGATION

The United States has moved to dismiss forfeiture allegations against certain personal property, as charged in the Indictment, filed November 17, 2020:

> 2016 BMW X5
> VIN: 5UXKR2C58G0R70396
> Asset ID: 20-DEA-669097

The government desires to dismiss its claim of forfeiture on the vehicle and, therefore, the vehicle should be released to the owner, Defendant Bradley Nichols Adams, or his representative.

Accordingly, the 2016 BMW X5, VIN: 5UXKR2C58G0R70396, is hereby dismissed.

                                    s/ *Sherri A. Lydon*
                                    SHERRI A. LYDON
                                    UNITED STATES DISTRICT JUDGE

January 26, 2021
Florence, South Carolina